

# Your Signature Plan
1 message

**Matt Clay** <matt@firstresponderhealthgroup.com>  Fri, Oct 11, 2024 at 5:56 PM
To:

Dear ▮▮▮▮,

Thank you for being a valued Signature plan member for so long.

This is Matt Clay, former part owner and sales executive with Thin Blue Line Benefits, LLC. I wanted to reach out to you to inform you that your plan has been acquired by my new company.

The Signature plan was going to experience outrageous rate increases from Zion Health Share ( one of the components of your plan)  beginning January 1.

The replacement plan, Freedom, is the same exact plan concept with even more added benefits.

The provider Network is one of the largest in America and is wholly owned by Aetna.

▮▮▮▮, I will reach out to you in short order to inform you of details and personally answer any questions you may have. Of course you may call or text me directly any time.

Best regards,

Matt Clay
Direct 949-246-1385