**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **THIN BLUE LINE BENEFITS ASSOCIATION HOLDINGS, LLC, ANNA REED AND ROBERT ANDERSON,**<br><br>**Plaintiffs and Counterclaim Defendants,**<br><br>**v.**<br><br>**MATTHEW CLAY,**<br><br>**Defendant and Counterclaimant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No.: 1-cv-24-1510-DII** |

**NOTICE OF INTENT TO SERVE SUBPOENA**

Defendant Matthew Clay ("Defendant" or "Clay") hereby provides notice that he intends to serve the attached subpoena directed to Thin Blue Line Benefits, Inc.

Dated: June 23, 2025

Respectfully Submitted,

/s/ *Dwight M. Francis*
DWIGHT M. FRANCIS
Texas Bar No. 00785877
AIMEE C. OLESON
Texas Bar No. 24036391
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Tel. (469) 391-7400
Fax (469) 391-7401
dfrancis@sheppardmullin.com
aoleson@sheppardmullin.com

***Attorneys for Defendant and Counterclaimant***